NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1133

JORGE TAYLOR,

Plaintiff-Appellant,

v.

UNITED STATES PATENT AND TRADEMARK OFFICE,

Defendant-Appellee.

Appeal from the United States District Court for the Southern District of New York, in 08-CV-8634, Senior Judge Harold Baer, Jr.

ON MOTION

Before LINN, Circuit Judge.

ORDER

The United States Patent and Trademark Office (PTO) moves for a 21-day extension of time, until May 20, 2009, to file its brief. The PTO states that Jorge Taylor opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY -1 2009**

Date

cc: Jorge Taylor
Raymond T. Chen, Esq.

s17

/s/ Jan Horbaly

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 1 2009

JAN HORBALY
CLERK